THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of HARRY MORAN, Respondent, v. DAVID H. SHELLING, Appellant.   In the Matter of the Petition of the HOSPITAL TRUSTEES ASSOCIATION, etc.— Motion for leave to file brief as

App. Div.]                Second Department, November, 1927.

*amicus curiæ* granted. Present — Rich, Kapper, Seeger and Carswell, JJ.; Lazansky, P. J., not sitting.